# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rosa M. Garcia<br>David Ortiz<br><br>  Debtors | BK NO. 16-01852 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION, and index same on the master mailing list.

Re: Loan # Ending In: 2004

                                             Respectfully submitted,

                                              **/s/ Joshua I. Goldman, Esquire**
                                              Joshua I. Goldman, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant