United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-01852-HWV |
| David Ortiz | Chapter 13 |
| Rosa M. Garcia | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Ortiz, 164 Alpine Road, Henryville, PA 18332-7100 |
| | + | New York City Transit Authority, Attn Treasury Dept, 130 Livingston Street, Brooklyn, NY 11201-5190 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021       Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Martin A Mooney | on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com lgadomski@schillerknapp.com |

Thomas I Puleo
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 2 Rosa M. Garcia lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino
    on behalf of Debtor 1 David Ortiz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DAVID ORTIZ, : | CHAPTER 13 |
| and ROSA M. GARCIA, : | |
| a/k/a ROSA MARIA GARCIA, : | CASE NO. 5:16-01852 |
| a/k/a ROSA GARCIA, : | |
| Debtors. : | |

ORDER

Upon consideration of Debtor's Motion to Terminate Wage Attachment Order, it is hereby

ORDERED and DECREED that said Motion is hereby granted and the Wage Attachment Order entered in the herein case on May 2, 2016 is hereby terminated.

Dated: May 27, 2021

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge (CD)