# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID ORTIZ　　　　　　　　　　　　　　　　Case No.: 5-16-01852-HWV
ROSA M. GARCIA　　　　　　　　　　　　　　Chapter 13
　　　　Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:　　　　MORTGAGE INFORMATION**
Creditor Name:　　　　　　　　　　PNC BANK
Court Claim Number:　　　　　　　　08
Last Four of Loan Number:　　　　　164 Alpine - PRE-ARREARS - 2004
Property Address if applicable:　　　164 ALPINE ROAD, , HENRYVILLE, PA18332-7100

**PART 2:　　　　CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.　Allowed prepetition arrearages:　　　　　　　　　　　　　　　　$573.45
b.　Prepetition arrearages paid by the Trustee:　　　　　　　　　　　$573.45
c.　Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c):　　　　　　　　　　　　　　　$0.00
d.　Amount of postpetition fees, expenses, and charges recoverable
　　Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:　　　　　$0.00
e.　Allowed postpetition arrearage:　　　　　　　　　　　　　　　　$0.00
f.　Postpetition arrearages paid by the Trustee:　　　　　　　　　　　$0.00
g.　Total b, d, f:　　　　　　　　　　　　　　　　　　　　　　　　$573.45

**PART 3:　　　　POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:　$0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:　UNKNOWN

**PART 4:　　　　A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 2, 2021                                            Respectfully submitted,

                                                           s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA 17036
                                                           Phone: (717) 566-6097
                                                           Fax: (717) 566-8313
                                                           eMail: info@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1161353 | 01/12/2017 | $573.45   | $0.00    | $573.45    |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID ORTIZ  Case No.: 5-16-01852-HWV
ROSA M. GARCIA  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA, 18360-0511 | SERVED ELECTRONICALLY |
| PNC BANK<br>ATT: BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH, 45342 | SERVED BY 1ST CLASS MAIL |
| DAVID ORTIZ<br>ROSA M. GARCIA<br>164 ALPINE ROAD<br>HENRYVILLE, PA 18332-7100 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com