United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Ortiz  
Rosa M. Garcia  
    Debtors

Case No. 16-01852-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 03, 2021      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David Ortiz, Rosa M. Garcia, 164 Alpine Road, Henryville, PA 18332-7100 |
| 4784168 | + | GLOBAL CLIENT SOLUTIONS, 4500 S 129TH E AVE SUITE 177, TULSA, OK 74134-5801 |
| 4784169 | | JONATHAN CAWLEY ESQ, ZWICKER & ASSOCIATES, 3200 TILLMAN DRIVE, BENSALEM, PA 19020 |
| 4784172 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, NISSAN MOTOR ACCEPTANCE, 8900 FREEPORT PLACE, IRVING, TX 75063 |
| 4784173 | | NYCERS, 340 J STREET, BROOKLYN, NY 11201 |
| 4786910 | | Nissan Motor Acceptance Corporation, PO Box 660366 Dallas TX 75266-0366 |
| 4793413 | + | TD Auto Finance LLC, c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4784167 | | EDI: DISCOVER.COM | Jun 03 2021 22:43:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 4789396 | | EDI: DISCOVER.COM | Jun 03 2021 22:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4824183 | + | EDI: MID8.COM | Jun 03 2021 22:43:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4784170 | + | EDI: NFCU.COM | Jun 03 2021 22:43:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 4784171 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 03 2021 18:55:00 | NCC BUSINESS SERVICES, 9428 BAYMEADOWS ROAD, JACKSONVILLE, FL 32256-7912 |
| 4792257 | + | EDI: NFCU.COM | Jun 03 2021 22:43:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna VA 22180-4907 |
| 4792222 | | EDI: NFCU.COM | Jun 03 2021 22:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 4829590 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 18:55:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 4784174 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 18:55:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401-8703 |
| 4784175 | | EDI: RMSC.COM | Jun 03 2021 22:43:00 | SYNCHRONY BANK BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4784176 | | EDI: LCITDAUTO | Jun 03 2021 22:43:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON, MI 48333-9223 |
| 4793241 | + | EDI: LCITDAUTO | Jun 03 2021 22:43:00 | TD Auto Finance LLC, PO Box 16041, Lewiston, Maine 04243-9523 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Navy Federal Credit Union ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Martin A Mooney | on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Thomas I Puleo | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Rosa M. Garcia lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 David Ortiz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David Ortiz<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9824<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Rosa M. Garcia<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–2793<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–01852–HWV | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Ortiz                                   Rosa M. Garcia
                                              aka Rosa Maria Garcia, aka Rosa Garcia

**By the court:**  *(signature)*

6/3/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**